⸿AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| VINCENT GABRIELE, et al. |
|---|
| v. |
| WILLIAM B. HEEBINK, et al. |

APPEARANCE

Case Number: 8:03-CV-09769 (WCC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VINCENT GABRIELE, on behalf of Lucas Gabriele and Claire Gabriele, (his son and daughter); LUCAS GABRIELE, individually; and CLAIRE GABRIELE, individually

I certify that I am admitted to practice in this court.

| April 13, 2004 | | |
|---|---|---|
| Date | Signature | |
| | Merrill Rubin | MR4943 |
| | Print Name | Bar Number |
| | 85 Eldridge Street | |
| | Address | |
| | New York    New York    10002 | |
| | City    State    Zip Code | |
| | (212) 219-8105 | (646) 349-4152 |
| | Phone Number | Fax Number |

