**MEMORANDUM**

FILED
U.S. DISTRICT COURT
2004 APR 30 A 1:43
S.D. OF N.Y. W.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

DATE: April 30, 2004

TO : Fiona Keegan

FROM : Gina Sicora, Courtroom Deputy to Judge Conner

SUBJECT: <u>Gabriele, et al. v. Heebink, et al.</u>,
03 Civ. 9769 (WCC)

---

Plaintiff has obtained counsel and is no longer Pro Se. Therefore, this action should be an ECF case.

The Clerk's Office is directed to scan all pertinent documents relating to this action.

If you have any questions, please do not hesitate to call me.

Thank you.

cc: Robert Rogers
Merrill Rubin, Esq. (Attorney for Plaintiff)
Rubin & Deloatch, LLC
Steven Verveniotis, Esq. (Attorney for Defendants)
Miranda & Sokoloff, LLP