ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

VINCENT GABRIELE (father), on behalf of
LUCAS GABRIELE (son) and CLAIRE
GABRIELE (daughter),

                        Plaintiffs,   :   03 Civ. 9769 (WCC)

            - against -

                                           ORDER

WILLIAM B. HEEBINK, Superintendent of
Schools, and CLARKSTOWN CENTRAL SCHOOL
DISTRICT,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - x

**CONNER, Sr. D.J.:**

       An attorney representing plaintiffs has filed a Notice of Appearance in this action on April 14, 2004. Therefore, it is hereby

       ORDERED, that this action is removed from the Suspense docket of the Court and reinstated on the active calendar.

SO ORDERED.

Dated:   White Plains, New York
         April 28, 2004

                                         WILLIAM C. CONNER, SR. U.S.D.J.

*Copies Mailed to Counsel of Record*