ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

VINCENT GABRIELE (father), on behalf of :
LUCAS GABRIELE (son) and CLAIRE
GABRIELE (daughter),                     :        ECF CASE

                          Plaintiffs,    :        03 Civ. 9769 (WCC)

              - against -                :

                                                  **SUSPENSE**
WILLIAM B. HEEBINK, Superintendent of    :         **ORDER**
Schools, and CLARKSTOWN CENTRAL SCHOOL
DISTRICT,                                :

                          Defendants.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**CONNER, Sr. D.J.:**

        WHEREAS because the New York State Regulations governing

religious convictions and public school attendance have been

changed to permit plaintiff's children to attend public school, it

is hereby

        ORDERED, that this action is transferred to the Suspense

Docket of the Court, subject to reinstatement on the calendar of

the undersigned upon the filing of a request by either party to the

effect that such party is prepared actively to litigate this cause.


SO ORDERED.

Dated:  White Plains, New York
        February 7, 2006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```

_William C. Conner_
WILLIAM C. CONNER, Senior U.S.D.J.

*Copies Mailed to Counsel of Record*